UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ROBINSON,<br><br>        Plaintiff,<br><br>-against-<br><br>YINOVA MANAGEMENT, LLC,<br><br>        Defendant. | No. 1:24-cv-01758 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On March 11, 2024, the Court set an Initial Pretrial Conference for June 20, 2024 at 10:00 a.m. ECF No. 7. Given that Defendant has not yet appeared in this action, the Initial Pretrial Conference is hereby ADJOURNED *sine die*. The Court will thereafter consider Plaintiff's update letter of June 18, 2024. *See* ECF No. 12.

Dated: June 13, 2024
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge

1